**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

B16020134

IN RE:

| | | |
|---|---|---|
| | ] | Case Number 16-03327 |
| | ] | CH 13 |
| Cullen J. Fuller; | ] | Judge Donald R. Cassling |
| Kimberly A. Fuller; | ] | |
| | ] | |

## NOTICE OF MOTION

TO:   Cullen J. Fuller, 231 Ashbrook Court, Aurora, IL 60502

Joseph R Doyle, Bizar & Doyle Ltd, 123 West Madison Street Suite 205, Chicago, IL 60602

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

Kimberly A. Fuller, 231 Ashbrook Court, Aurora, IL 60502

Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that on May 27, 2016 at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 240 at 100 S. Third Street, Geneva, IL 60134, and move to present the attached motion.

/s/ Nisha B. Parikh

Attorney for Creditor

## PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on May 18, 2016.

/s/ Leena A. Thalackal

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Road, Suite 120
Naperville, IL  60563-4947
630-453-6960   866-402-8661     630-428-4620 (fax)
foreclosure@ALOLawGroup.com

**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**
B16020134

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

B16020134

| | | |
|---|---|---|
| IN RE: | ] | Case Number 16-03327 |
| | ] | CH 13 |
| Cullen J. Fuller; | ] | Judge Donald R. Cassling |
| Kimberly A. Fuller; | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC1, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG OLIVER LLC moves for an entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 13 on February 4, 2016.

5. U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC1 holds a mortgage secured by a lien on debtor(s) real estate commonly known as 1832 East 224th Street, Sauk Village, IL 60411.

6. There is no equity in this property, as its value is $67,843.00 (per Schedule A/B) and the balance due on the loan is $111,911.41

7. As of February 4, 2016, the loan is contractually due for the August 1, 2014 to January 1, 2015 payment(s) in the amount of $1,105.82 each, the February 1, 2015 to February 1, 2016 payment(s) in the amount of $1,103.34 each, plus late charges in the amount of $577.70, for a total default of $21,556.04, not including attorney fees and costs for bringing this motion.

8. Per the Chapter 13 plan, the property is being surrendered.

9. Due to debtor(s) surrendering the property to creditor and debtor's failure to provide for timely payments, there is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1).

10. The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

NOTE: Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

WHEREFORE, Movant prays for the entry of the attached Order Granting Relief from the Automatic Stay.

U.S. Bank National Association, as trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC1

/s/ Nisha B. Parikh
One of its Attorneys

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Road, Suite 120
Naperville, IL  60563-4947
630-453-6960  866-402-8661    630-428-4620 (fax)
foreclosure@ALOLawGroup.com

**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**
B16020134